1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  LYNN HARADA [C.S.B.N. 267616]
   Special Assistant United States Attorney
7       Social Security Administration, Region IX
8       160 Spear St., Suite 800
        San Francisco, CA 94105
9       Telephone: 415-977-8977
10      Facsimile: 415-744-0134
11      e-mail: Lynn.Harada@ssa.gov
   Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| IRENE ESQUIBEL, | Case No. 5:20-cv-01669-AFM |
| Plaintiff, | [PROPOSED] JUDGMENT OF REMAND |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  5/24/22021

HON. ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

-1-